961 F.2d 372
 AMERICAN MARINE INSURANCE GROUP, Plaintiff-Appellant,
v.
NEPTUNIA INSURANCE COMPANY, Defendant-Appellee.
 No. 1318, Docket 91-9306.
 United States Court of Appeals,
Second Circuit.
 Argued April 7, 1992.
Decided April 9, 1992.
 
 Appeal from a decision of the United States District Court for the Southern District of New York; Peter K. Leisure, Judge.
 Harry A. Gavalas, New York City (William M. Cassarini, Chalos, English & Brown, of counsel) for plaintiff-appellant.
 Thomas S. Howard, Hackensack, N.J. (Holly B. Tashjian, Kirsch, Gartenberg & Howard, of counsel) for defendant-appellee.
 Before: FEINBERG, WINTER, and ALTIMARI, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm for substantially the reasons set forth in the Opinion and Order of the District Court in American Marine Insurance Group v. Neptunia Insurance Co., 775 F.Supp. 703 (S.D.N.Y.1991).